No. 658. S. F. Larsen v. State of Texas. Error to the Court of Criminal Appeals of the State of Texas. January 3, 1927. Dismissed with costs on motion of Mr. Elgin H. Blalock for plaintiff in error. No appearance for defendant in error.

---

No. 656. George R. Dale v. State of Indiana. Error to the Supreme Court of the State of Indiana. January 3, 1927. Dismissed with costs pursuant to the eleventh rule. Messrs. William V. Rooker and Moses E. Clapp for plaintiff in error. Messrs. Arthur L. Gilliom and Edward M. White for defendant in error.

---

No. 666. Knoxville Ice and Cold Storage Company and John F. Shea v. City of Knoxville, B. A. Morton, Mayor, etc. Error to the Supreme Court of the State of Tennessee. January 3, 1927. Dismissed with costs on motion of Mr. James B. Wright for plaintiffs in error. No appearance for defendants in error.